**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01815-BNB
(**The above civil action number must appear on all future papers**
**sent to the court in this action.  Failure to include this number**
**may result in a delay in the consideration of your claims.**)

FRANKIE L. MCCONNELL,

     Applicant,

v.

LAURIE TOFOYA,

     Respondent.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

     Applicant, Frankie McConnell, is a prisoner in the custody of the Colorado

Department of Corrections who currently is incarcerated at the Denver Women's

Correctional Facility.  Applicant, acting *pro se*, initiated this action by filing an Application

for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

     As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has

determined that the submitted document is deficient as described in this order.

Applicant will be directed to cure the following if she wishes to pursue her claims.  Any

papers that Applicant files in response to this order must include the civil action number

noted above in the caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    <u>X</u>    is not submitted
(2)    __    is missing affidavit
(3)    __    is missing certified copy of prisoner's trust fund statement for the 6-month
                period immediately preceding this filing
(4)    <u>X</u>    is missing certificate showing current balance in prison account
(5)    __    is missing required financial information

(6)  ___  is missing an original signature by the prisoner
(7)  ___  is not on proper form (must use the court's current form for filing prisoner complaints)
(8)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(9)  ___  An original and a copy have not been received by the court. Only an original has been received.
(10) ___  other: Is missing page one.

**Complaint, Petition or Application**:
(11) ___  is not submitted
(12) ___  is not on proper form (must use the court's current form)
(13) ___  is missing an original signature by the prisoner
(14) ___  is missing page nos. ___
(15) ___  uses et al. instead of listing all parties in caption
(16) ___  An original and a copy have not been received by the court.  Only an original has been received.
(17) ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___  names in caption do not match names in text
(19) ___  other:

Accordingly, it is

ORDERED that Applicant cure the deficiency designated above **within thirty days from the date of this order**.  Any papers that Applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Applicant shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (with the assistance of her case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiency **within thirty days from the date of this order** the application will be denied and the action dismissed without further notice.

DATED:  July 12, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge